# In The Matter Of:

*Deane Berg v.*
*Johnson & Johnson, et al.*

*Daniel W. Cramer, M.D., Sc.D.*
*September 17, 2012*

*195 State Street • Boston, MA 02109*
*Nationwide - Worldwide*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*



**O'BRIEN & LEVINE**
Court Reporting Services
*Making Your Case*

Original File Daniel W. Cramer_M.D. 9-17-12.txt
Min-U-Script® with Word Index

**EXHIBIT**
B

Page 229

1 Q. -- what do you mean by that?
2 A. Well, what I mean by that is this figure I
3  provided in part of my report did not include a paper
4  by Morman and did not include a paper by Rosenberg.
5  Those were added.
6 Q. Okay. And is that part of the other disks
7  that we have?
8 A. It's all in that.
9 Q. Alright.
10 A. It's all in the one I just gave you.
11 Q. In terms of the questions regarding
12  medications -- okay. I'm looking at what I consider
13  Version 5 --
14 A. Yes.
15 Q. -- of your form -- are the names of the
16  medications actually collected, or is it a
17  categorical question?
18 A. No. The names are collected.
19 Q. Okay. So, when you did your reanalysis as
20  part of these new tables we got today, and you have
21  epileptic -- epileptic and anti-seizure medications,
22  are you identifying specific medications or a class
23  of medications?
24 A. Yes. I'm sorry. I will bring up our list

Page 230

1  of medications under that category and show you which
2  ones I -- I checked off as being epileptic
3  medications.
4 Q. So what you did is you went through, and you
5  selected or put in your new analysis that you
6  provided us here today certain -- you selected
7  certain medications to include and certain not to
8  include?
9 A. We -- we have the -- the category that we
10  included that under was under anti-seizure
11  medications and tranquilizers.
12 Q. Uh-huh. Just --
13 A. I provided the names of all of those, and I
14  gave you both the tranquilizers and the seizure
15  medications.
16 Q. And is that as part of this or --
17 A. Yes. It's -- that's a -- it's the variable
18  on there and relates to --
19 Q. Well, the heading I saw, I thought, just
20  said tranquilizers or --
21 A. Seizure medications.
22 Q. -- seizure medications.
23 A. But we -- we split the two. I can -- you
24  are able to combine the two from the data I gave you.

Page 231

1 Q. Okay. What I'm asking, though, is, do we
2  know what tranquilizers or what seizure
3  medications?
4 A. Those were aggregated. Those were
5  aggregated.
6 Q. Okay. So we don't have a name; we don't
7  know whether it's --
8 A. I can.
9 Q. -- Tegretol versus whatever?
10 A. Yeah. We don't -- no. Those were
11  aggregated.
12 Q. Okay.
13 A. They are often too few to -- in one category
14  to single out as one --
15 Q. Okay.
16 A. -- one --
17 Q. And is this CD that you just gave me as part
18  of Exhibit 10, is that going to -- are you going to
19  show the computations of the programming and how --
20 A. Those were in.
21 Q. -- they are put in?
22 A. That's a no.
23 Q. What -- what's your definition of recall
24  bias?

Page 232

1 A. Well, it would be a bias that leads one
2  group of patients or, probably -- it's usually spoken
3  of in respect to the cases, cases being more likely
4  to recall an exposure than controls.
5 Q. Uh-huh. Can recall bias, if it exists,
6  affect a study? What I mean by a study, I mean,
7  affect the results.
8 A. I would assume it can, yes.
9 Q. Okay. Are there -- are -- are there ways,
10  methods that epidemiologists use to address potential
11  recall bias?
12 A. Yes. I mean, yes. There's certain ways you
13  could address that. I mean, commonly is there -- you
14  look for a general trend for cases to be reporting an
15  exposure more frequently than another.
16 Q. Uh-huh.
17 A. If you're talking about a particular drug or
18  category of drugs, would cases -- did cases report
19  more of the -- all of these categories of drugs or
20  just one specific.
21 Q. Uh-huh. Are there ways to go back
22  temporally? Are there certain mechanisms that
23  epidemiologists use where you go back and -- and
24  reask the questions or ask them at different times?

Page 249

1  association.
2  Q. How many times have they looked at it?
3  A. I think -- believe, they looked at it in
4  2000 and looked at it again in 2004.
5  Q. Okay. The 2007 paper entitled "Presence of
6  Talc in Pelvic Lymph Nodes of a Woman with Ovarian
7  Cancer and Long-Term Genital Exposure to Cosmetic
8  Talc," you're the lead author?
9  A. Yes.
10 Q. Dr. Godleski is on this one, too.
11 A. Yes.
12 Q. Okay. This is basically a case report,
13 right?
14 A. It is.
15 Q. And this was published, it looks like, in
16 2007, American College of Obstetricians and
17 Gynecologists. I think, most people call it --
18 A. Right.
19 Q. -- ACOG.
20 A. ACOG. That's right.
21 Q. Okay.
22 A. It's The Green Journal. "Obstetrics and
23 Gynecology" is the journal.
24 Q. I'll be happy to show this to you after I

Page 250

1  read it. I've only got one copy of it, but on Page
2  500, it says, (as read) "Also, we are not claiming
3  that a causal relationship between ovarian cancer and
4  talc use is proven for this case or in general." Is
5  that what you thought in 2007?
6  A. That's what you have to say in a case
7  report, that a case report by itself does not
8  establish causality.
9  Q. Don't you use the word, in general?
10 A. The -- I think, that's -- yes. I did use
11 the word, in general.
12 Q. You say in this case and in general.
13 A. This case report by itself does not
14 establish causality in general.
15 Q. Okay. Do you know when you submitted this?
16 If it's published in 2007, how much earlier than 2007
17 would you have submitted this?
18 A. I think, it's, probably -- it -- it says on
19 there when it was submitted, I believe.
20 Q. Can you help me.
21 A. Let's see.
22    (Attorney hands document to witness.)
23 A. (Witness reviews document) Well, I'm sure it
24 was probably -- it was about at -- at least a year.

Page 251

1  Q. Well, that's why I was asking about how long
2  it takes.
3  A. Yeah.
4  Q. So you might have submitted this sometime in
5  2006?
6  A. Yes. I -- I -- I think so.
7  Q. And by this time in 2000 -- certainly, by
8  the time it was published in 2007, you had started to
9  think about your MUC-1 theory, had you not?
10 A. Yes.
11 Q. Okay. I'm going bounce around your report a
12 little more just to make sure I -- I understand a
13 couple of things.
14    You said that you came up with a one in a
15 trillion chance. That chance is unlikely an
16 explanation for the 1.31 relative risk that you
17 reported?
18 A. Yes.
19 Q. You remember -- you know what I'm talking
20 about?
21 A. Yes. Uh-huh.
22 Q. How do you calculate that?
23 A. Well, you -- the meta-analysis gives you a Z
24 value, how far you -- how far you deviate from the

Page 252

1  standard distribution.
2  Q. Uh-huh.
3  A. That Z value was, I believe, about 7.6.
4  Now, it's difficult to sometimes find a table which
5  tells you Z value -- the equivalent P value for a Z
6  value that high.
7  Q. Uh-huh.
8  A. Some you look up, and it says infinity. The
9  best we could come up with was a trillion.
10 Q. Okay. So you were spotting this infinity
11 and just going to a trillion?
12 A. No. I think -- I think, we eventually did
13 find that that was about the right P value for 7.6 Z
14 value.
15 Q. How does that chance change, if there's some
16 unknown risk that, maybe, we don't know today that
17 are consistently unaccounted for?
18 A. That chance merely addresses the issue of
19 whether or not just by chance the meta -- all of the
20 studies that consisted that gave you data to the
21 meta-analysis were totally off the track.
22 Q. Okay.
23 A. So that's that P -- that's -- that's that Z
24 value and P value.

| Deane Berg v. | Daniel W. Cramer, M.D., Sc.D. |
|---|---|
| Johnson & Johnson, et al. | September 17, 2012 |

**Page 257**

1  Q. Bless you.
2     Okay. And, based on your -- the brand
3  information that went into Versions 3, four -- or
4  three and a half, four, and five?
5  A. Yes.
6     MR. MAYWHORT: Excuse me.
7  Q. Okay. Why do you mention in your report
8  that ovarian cancer rates increased 78 to 98? I just
9  don't understand the relevance of it.
10 A. I'm sorry. What?
11 Q. You mentioned in your report that the rates
12 of ovarian cancer increased between 78 and, I think,
13 98.
14 A. Where is that? I'm sorry.
15 Q. I don't know. It's in your report. Page 7,
16 I think.
17    MR. WILLIAMS: You going to be okay, Bill?
18    MR. MAYWHORT: Yeah. Thank you.
19 A. (Witness reviews document) You know, I don't
20 know see that. I -- I point out around...
21 Q. Alright.
22 A. I --
23 Q. Maybe, I dreamed it up.
24 A. I don't -- I don't see it. I don't think

**Page 258**

1  I've -- I don't think that's true.
2  Q. Okay.
3  A. I believe, Huncharek or Muscat mentioned
4  that there was some increase over that time period.
5  Q. Alright. I think, you mentioned in the
6  paper -- paper -- your report that a relative risk of
7  two is -- is sometimes considered a benchmark for
8  associations.
9  A. Yes. I'm paraphrasing what many others have
10 said, particularly --
11 Q. Well, why -- what is that? Why is a
12 relative risk of two considered something of a
13 benchmark?
14 A. You know, I -- I don't know why that is. I
15 mean, certain -- I suppose it relates to etiologic
16 fractions, again --
17 Q. Uh-huh.
18 A. -- that, when you -- when you do that
19 relative risk minus one over relative risk, you get
20 to one-half. That's two, and then you can say, well,
21 more than 50 percent chance here. But there's
22 nothing -- no -- ==no famous epidemiologists have ever==
23 ==said you need a relative risk of two for there to be==
24 ==causal association.==

**Page 259**

1  Q. What about Dr. Cramer; what's your position
2  on it?
3  A. ==My position would be that cause -- causality==
4  ==is not determined solely by the strength of the==
5  ==relative risk.==
6  Q. What's -- what's your low-end number? Is
7  there one?
8  A. There are no -- no low-end number.
9  Q. That's no low-end number, no.
10    It all depends -- on any given set of
11 studies, there's really -- you can look at a variety
12 of different factors, as you've explained to me
13 before, and you might say, in this study, I'm not
14 going to say it's causal, unless there's a two, and
15 in another study, you might say, it's causal, because
16 it's -- it's with a lower relative risk.
17 A. No. You would not go by that, and I use the
18 analogy of data merging from the GWAS studies,
19 genome-wide association studies.
20 Q. Uh-huh.
21 A. Here they find snips that are associated
22 with 1.15 or 15 percent increase in risk, which are
23 almost, certainly, to be causal, because they have
24 been duplicated in thousands of cases and thousands

**Page 260**

1  of controls.
2  Q. Uh-huh.
3  A. So there is no lower bound --
4  Q. Okay.
5  A. -- for that relative risk.
6  Q. Talking about those studies reminded me of a
7  couple of things.
8     In terms of BRCA mutations, what -- what
9  percentage of ovarian cancer cases, if there's a
10 number that you recognize, are attributed to BRCA
11 mutations?
12 A. Well, we talked about around 10 or 11
13 percent in a -- in a non-Jewish population. It's
14 more like 40 percent in a Jewish population.
15 Q. Okay. So are you saying that 40 percent of
16 the female Jewish population carries those genes?
17 A. No. 2 percent of the Jewish population --
18 Q. Okay.
19 A. -- carries --
20 Q. Right.
21 A. -- the founder mutations.
22    40 percent of women who come to a diagnosis
23 of ovarian cancer and are Jewish will be found to
24 have one of those common mutations.

**Page 321**

1  A. When I was contacted by Mr. Allen
2  {vertatim}, I was asked can you give us your opinion
3  about the causality of talc in general and in the
4  case of Ms. Berg. It is my opinion that there is a
5  causal relationship between talc and ovarian cancer,
6  and it pertains in the case of Ms. Berg. It is my
7  opinion.
8  Q. Okay. Outside of yourself and Dr. Godleski,
9  are you aware of any medical professional who has
10 ever placed in writing his or her opinion that
11 perineal use of talc is causal with respect to
12 ovarian cancer?
13 A. I would have to go through those reports,
14 but you recall the IARC declared it a possible
15 carcinogen.
16 Q. A 2B, in other words --
17 A. Yes.
18 Q. -- as opposed to a number one
19 classification?
20 A. Yes.
21 Q. Okay. Let me restate the question with
22 regard to the name of any medical professional or any
23 other professional in the fields of epidemiology or
24 biostatistics.

**Page 322**

1  If you can, sitting here today, cite us to
2  any written article that anyone in the U.S. or Europe
3  has ever prepared that states that there is a causal
4  relationship between the perineal use of talc and
5  ovarian cancer.
6  A. You know, I know the literature pretty well,
7  but I can't speak for every paper that's been written
8  on talc and ovarian cancer.
9  I've -- certainly, Dr. Nasir said this fits
10 with her inflammatory pathway. Can I say there is
11 someone who has come right out and said this is the
12 cause? I don't -- I don't -- I can't give you that
13 name right now.
14 Q. So, at least as far as sitting here today,
15 Doctor, you regard yourself and Dr. Godleski as being
16 the first medical professionals ever to state this
17 causal relationship in writing?
18 A. I -- as -- as far as I'm aware.
19 Q. Okay. Toward the end of Mr. Williams'
20 examination, you discussed somewhat the effect of
21 tubal ligations upon production of MUC-1 antibodies.
22 A. Right.
23 Q. And, I believe, that your testimony --
24 correct me if I'm wrong -- was that there is some

**Page 323**

1  evidence that tubal ligation increases the MUC-1
2  antibodies.
3  A. Right.
4  Q. In your opinion, is that increase in MUC-1
5  level -- MUC-1 antibodies -- antibodies to a degree
6  that is greater or less than the use of talc in terms
7  of its effect upon or -- or any relationship or
8  association with --
9  A. Well, it's going in different directions --
10 Q. Yes, sir.
11 A. -- obviously.
12    I would have no way to balance that out, but
13 it does raise the point is that we have to view the
14 risk for ovarian cancer as a compilation of many
15 things that happen to the woman, not just whether she
16 had mumps, not just whether she used talc, but how
17 did these factors all come together in her case.
18    Clearly, the mumps was not protective in her
19 case. Clearly, the tubal ligation was not protective
20 in her case, but it's -- it's -- it just illustrates
21 the complexity of the whole business but that we will
22 have to eventually look at this broader picture of
23 what was the totality of exposures.
24    And, in Ms. Berg's case, the 10,000

**Page 324**

1  applications of talc, I believe, that played a major
2  role in the cause of her disease.
3  Q. Would her long-term use of antidepressants
4  have played a role in her -- her disease?
5  A. I know she had long-term use of seizure
6  medications. I don't know whether she had long-term
7  use of antidepressants.
8  Q. I misspoke.
9  A. I don't believe they played a role, and I
10 gave you some -- I gave data here to suggest that
11 seizure medications do not increase the risk for
12 ovarian cancer, and there -- and there's disagreement
13 in the literature on whether psychotropics increase
14 the risk for ovarian cancer.
15    Probably, the best study is from Seattle
16 based upon pharmacy records, and they found no
17 association with -- with the antidepressants.
18 Q. Would Ms. Berg's long-term use of dairy
19 products have been a cause -- a cause --
20 A. I don't believe so.
21 Q. -- of her ovarian cancer?
22 A. I don't believe so.
23 Q. Why not?
24 A. Because, as I -- we indicated, the case