UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DEANE BERG, | ) | CIV. 09-4179-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JOHNSON & JOHNSON; | ) | |
| JOHNSON & JOHNSON | ) | |
| CONSUMER COMPANIES, INC.; | ) | |
| LUZENAC AMERICA, INC.; | ) | |
| JOHN DOES/JANE DOES 1-30; | ) | |
| UNKNOWN BUSINESSES | ) | |
| AND/OR CORPORATIONS A-Z, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Granting Defendant's Motion for Reconsideration and Granting Defendant's Motion for Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant Luzenac America, Inc. and against plaintiff, Deane Berg.

Dated July 23, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE