**FILED**

OCT 0 4 2013

CLERK

10-4-13
4:00 p.m.
K Scherer

n'2 have
a verdict

CIV 09-4179

Christin
Rueschhf