UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEANE BERG, | ) | CIV. 09-4179-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JOHNSON & JOHNSON; | ) | |
| JOHNSON & JOHNSON | ) | |
| CONSUMER COMPANIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's rulings during the jury trial, the jury verdict, and the Order Denying Defendant's Motion for Judgment as a Matter of Law, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant Johnson & Johnson and against plaintiff, Deane Berg.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant Johnson & Johnson Consumer Companies, Inc. and against Berg on the strict liability failure to warn claim.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Berg and against defendant Johnson & Johnson Consumer Companies, Inc. on the negligent failure to warn claim. No damages are awarded.

Dated November 19, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE